

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-24-00110-CR |
| | § | |
| JAMES RANDALL DOWNS, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus and concludes that Relator's petition for writ of mandamus should be denied for want of jurisdiction. We therefore deny the petition for writ of mandamus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 27TH DAY OF JUNE 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.